UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 24-CR-20359-MARTINEZ**

UNITED STATES OF AMERICA

v.

MARIELA CASTILLO DE LOPEZ,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S
### REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea Hearing before a Magistrate Judge.

**THE MATTER** was heard in front of Magistrate Judge Ellen F. D'Angelo on June 25, 2025 **[ECF No. 31]**. A Report and Recommendation was filed on June 27, 2025, recommending that the Defendant's plea of guilty be accepted **[ECF No. 36]**. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 36]** of United States Magistrate Judge Ellen F. D'Angelo is hereby **AFFIRMED** and **ADOPTED** in its entirety.

    The Defendant is adjudged guilty of Count One of the Indictment. Count One charges the Defendant with Theft of Government Money, in violation of Title 18, United States Code, Section 641. The Defendant acknowledged that she understood the statutory penalties that apply in her case.

    Sentencing has already been set in this matter for **Monday, September 15, 2025, at 11:00**

**a.m.,** before the Honorable District Judge Jose E. Martinez, at the Wilkie D. Ferguson Jr. United States Courthouse, 400 North Miami Avenue, Courtroom 10-1, Miami, Florida 33128.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 14 day of July, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Ellen F. D'Angelo
    All Counsel of Record
    U.S. Probation Office